| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED RAY RODRIGUEZ, | ) | NO. ED CV 11-1195 GHK (FMO) |
| Petitioner, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| G.D. LEWIS, Warden, | ) | |
| Respondent. | ) | |

On July 28, 2011, petitioner, a prisoner in state custody, filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2254. On October 17, 2011, the court stayed the instant proceedings to permit petitioner to exhaust four additional claims. (<u>See</u> Court's Order of October 17, 2011, at 1-2). The court's order required petitioner to keep the court informed of the status of his state habeas petitions. (<u>See</u> <u>id.</u> at 2). Specifically, the court ordered that "[b]eginning **January 1, 2012, and every ninety (90) days thereafter**, petitioner shall file a 'Status Report Re: Petitioner's State Habeas Petition' ('Status Report')." (<u>Id.</u>) (bold in original). Petitioner filed his first Status Report on December 27, 2011. Therefore, petitioner's second Status Report was due on or about April 1, 2012. As of the filing date of this order, petitioner has not filed the required Status Report.

Accordingly, IT IS HEREBY ORDERED THAT, on or before, **June 13, 2012**, petitioner shall show cause, if any there be, why the stay should not be vacated. **Petitioner shall attempt to**

1  show such cause in writing by filing a Status Report that sets forth the name of the court
2  and the status of the state habeas petition(s) and all activity that has occurred to date.
3  Petitioner shall attach a current copy of the docket sheet or any other orders or decisions
4  that have been issued by the state court(s).  Petitioner is explicitly put on notice that failure
5  to timely file a Status Report will result in the stay being vacated.  The court will then
6  proceed to address the claims in the Petition.
7      **IT IS SO ORDERED.**
8  Dated this 24th day of May, 2012.

                                            /s/
                              Fernando M. Olguin
                          United States Magistrate Judge