ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY   Shy            DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY   Shy            DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ALFRED RAY RODRIGUEZ, | ) Case No.  EDCV 11-01195 GHK (AN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| G. D. LEWIS, Warden, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: June 20, 2013

_____
GEORGE H. KING
CHIEF JUDGE