ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALFRED RAY RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>G. D. LEWIS, Warden,<br><br>Respondent. | Case No. EDCV 11-01195 GHK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: June 20, 2013

_____
GEORGE H. KING
CHIEF JUDGE